Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: 775.324.2800
Fax: 775-324-1818
notices@bankruptcyreno.com

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:                                                          CASE NO.    16-50850-BTB
                                                                CHAPTER    11
LEAP FORWARD GAMING, INC.,

    Debtor-in-Possession.                **AMENDMENT TO (Proposed)**
                                                **DISCLOSURE STATEMENT OF LEAP**
                                                **FORWARD GAMING, INC.**

_____/         Hearing Date:  September 6, 2016
                                                            Hearing Time:  2:00 p.m.

    Leap Forward Gaming, Inc. (the "Debtor" or "LFG"), debtor and debtor-in-possession, amends proposed Disclosure Statement, **DE 51**, to include, in Section 3a. the following:

**Pre Petition Litigation**

    In addition to the litigation with IGT described below, at the Petition Date, LFG was a party to three lawsuits:

    1.    <u>LFG v. Andrew Novotak, Jr.</u>, Case No. CV15-02014, Second Judicial District Court, Washoe County;

    2.    <u>Andrew Novotak, Jr. v. LFG, Ali Saffari</u>, Case No. CV15-02420, Second Judicial District Court, Washoe County; and

    3.    <u>Peerless Indemnity Insurance Company v. LFG, Saffari, Cobb, and Cunningham</u>, Case No. 2:15-cv-02390-APG-CWH, United States District Court, Las Vegas.

1

Civil actions 1 and 2 have been consolidated and as of the Petition Date, documents have been exchanged in accordance with NRCP 16.1.

In these cases, LFG's claims against Novotak are essentially contingent assets which LFG may pursue against Novotak. [Note: on August 24, 2016, the parties to these consolidated actions participated in a voluntary settlement conference conducted by retired District Court judge Brent Adams.  No settlement was reached.  Following that conference, LFG consented to the lifting of the automatic stay to permit Novotak to pursue claims in state court on the condition that any recovery would be limited to available insurance proceeds, if any.

In the event the settlement conference is unsuccessful, LFG reserves the right to pursue its affirmative claims against Novotak.

Civil action 3, <u>Peerless Indemnity v. LFG, et al.</u> is a declaratory relief action pending in federal court.  Peerless seeks a determination that LFG, Saffari, Cobb and/or Cunningham are not entitled to coverage under a Commercial General Liability Policy or a Commercial Umbrella Liability Policy.

LFG has not filed an answer to the <u>Peerless</u> action; however, in the event it is required to do so, available coverage is deemed by LFG to be an asset of the bankruptcy estate.

**Leap Forward Gaming, Inc.**

By /S/ Darby Bryant
Darby Bryant, CFO/Controller

DATED:  August 25, 2016.

                                               **HARTMAN & HARTMAN**

                                               /S/ Jeffrey L. Hartman
                                               Jeffrey L. Hartman
                                               Attorney for Debtor