_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge



Entered on Docket
September 19, 2016

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: 775.324.2800
Fax: 775-324-1818
notices@bankruptcyreno.com

**E-Lodged 9/15/16**

Attorney for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.  16-50850-BTB<br>CHAPTER  11 |
| LEAP FORWARD GAMING, INC., | |
| Debtor-in-Possession. | **ORDER APPROVING DISCLOSURE STATEMENT, AS AMENDED, AND CONFIRMING PLAN OF LIQUIDATION** |
| _____/ | Hearing Date:  September 6, 2016<br>Hearing Time:  2:00 p.m. |

This matter came before the Court on the combined hearing on Leap Forward Gaming, Inc.'s (Proposed) Disclosure Statement in Support of Plan of Liquidation, **DE 51**, filed August 3, 2016, as subsequently amended by **DE 65**, filed August 25, 2016 (the "Disclosure Statement"), and the Plan of Liquidation, filed as **DE 52** on August 3, 2016, (the "Plan"). Jeffrey L. Hartman, Esq. appeared for Debtor Leap Forward Gaming, Inc. ("Debtor" or "LFG"), Amy Tirre, Esq. appeared in person and Samuel A. Newman, Esq. appeared via telephone on behalf of Macquarie US Trading, LLC, as Prepetition Agent for lender MIHI, LLC;  William B. Cossitt appeared on behalf of the United States Trustee.  Other appearances, if any, were noted on

the record.

Pursuant to the Findings of Fact and Conclusions of Law in Support of Order of Final Approval of Disclosure Statement and Order Confirming Second Amended Chapter 11 Plan, entered concurrently herewith and incorporated in its entirety by this reference, and good cause appearing,

**IT IS HEREBY ORDERED** that the Plan is confirmed pursuant to 11 U.S.C. §1129.

Pursuant to F.R.Bankr. P. 3020(e), this Confirmation Order shall be effective upon the expiration of 14-day stay following entry of the Confirmation Order.

**HARTMAN & HARTMAN**

/S/Jeffrey L. Hartman
Jeffrey L. Hartman
Attorney for Debtor


**LAW OFFICES OF AMY N. TIRRE, APC**

/S/Amy N. Tirre
Amy N. Tirre, Esq. Attorney
for Macquarie US Trading, LLC,
as Prepetition Agent for lender
MIHI, LLC

**ALTERNATIVE METHOD Re: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_   The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_   No party appeared at the hearing or filed an objection to the paper.

_X_   I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any trustee appointed in this case and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below.

*Debtor's Counsel:*

_X_   Prepared / Approved the form of this order

\_\_\_\_\_   Waived the right to review the order and/or

\_\_\_\_\_   Appeared at the hearing, waived the right to review the order

\_\_\_\_\_   Matter unopposed, did not appear at the hearing, waived the right to review the order

\_\_\_\_\_   Disapproved the form of this order

\_\_\_\_\_   Did not respond to the paper

*Trustee:*

\_\_\_\_\_   Approved the form of this order

\_\_\_\_\_   Disapproved the form of this order

\_\_\_\_\_   Waived the right to review the order and/or

\_\_\_\_\_   Did not respond to the paper

\_\_\_\_\_   Did not appear at the hearing or object to the paper

\_\_\_\_\_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman

HARTMAN & HARTMAN
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800